551 F.2d 93
 CITY OF SHREVEPORT, Plaintiff-Appellant,
v.
GULF OIL CORPORATION, Defendant-Appellee.
 No. 75-3179.
 United States Court of Appeals,
Fifth Circuit.
 April 20, 1977.
 
 Charles C. Grubb, Asst. City Atty., John Gallagher, Shreveport, La., for plaintiff-appellant.
 Wm. G. Duck, Houston, Tex., James A. Boone, A. Paul Brandimarte, New Orleans, La., for defendant-appellee.
 Before MORGAN and RONEY, Circuit Judges, and KING*, District Judge.
 PER CURIAM:
 
 
 1
 Affirmed on the basis of the District Court's opinion, City of Shreveport v. Gulf Oil Corporation, 431 F.Supp. 1 (W.D.La.1975).
 
 
 
 *
 District Judge of the Southern District of Florida sitting by designation